744

266 So.2d 316

**In re John Clifford GRACE, alias**

**v.**

**STATE of Alabama.**

**Ex parte John Clifford Grace, alias Cliff Grace.**

**7 Div. 937.**

Supreme Court of Alabama.

Sept. 7, 1972.

Albert Shumaker, Burns, Carr & Shumaker, Centre, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of John Clifford Grace, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Grace, alias v. State, 266 So.2d 310.

Writ denied.

HEFLIN, C. J., and MADDOX, COLEMAN and McCALL, JJ., concur.

266 So.2d 318

**In re Donald Lee HALE**

**v.**

**STATE.**

**Ex parte Donald Lee Hale.**

**7 Div. 939.**

Supreme Court of Alabama.

Aug. 31, 1972.

Edwin L. Nelson, Fort Payne, for petitioner.

William J. Baxley, Atty. Gen. and Herbert H. Henry, Asst. Atty. Gen., for the State.

MADDOX, Justice.

Petition of Donald Lee Hale for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Hale v. State, 226 So.2d 316.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and SOMERVILLE, JJ., concur.